ACCEPTED
06-15-00104-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/16/2015 4:59:15 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00104-CR

| | | |
|---|---|---|
| KENNEDY DEWAYNE RILEY, | § | ON APPEAL FROM THE |
| Appellant | § | |
| | § | 202ND JUDICIAL DISTRICT |
| VS. | § | |
| | § | |
| STATE OF TEXAS, | § | COURT OF BOWIE COUNY |
| Appellee | § | TEXAS |

FILED IN
6TH COURT OF APPEALS
TEXARKANA, TEXAS
12/16/2015 4:59:15 PM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her below named Criminal District Attorney and pursuant to Texas Rules of Appellate Procedure and hereby requests a thirty (30) day extension of the time period for the filing of the State's Brief and in support of the same should show the Court as follows:

I.

1. This case is pending from the 202ND Judicial District of Bowie County, Texas.

2. The case is styled State of Texas v. Kennedy Dewayne Riley, Cause No. 13F0131-202

3. Appellant was found guilty to the offense of capital murder sentenced to life without parole, in the Institutional Division of the Texas Department of Criminal Justice.

5. Appellant's Briefs were filed on November 16, 2015 making the State's Brief originally due on or about Decembeer 16, 2015.

6. The State has not previously requested an extension of time for filing the State's Brief.

7. The Brief was not timely prepared in this matter due to the press of the business, both trial and appellate. Said business includes, but is not limited to, the following since Appellant's brief was filed:

- Preparation and attendance at the pre-indictment and trial dockets in the 5th District Court on November 16, 2015.

- Thanksgiving Holiday November 26-27, 2015.

- Preparation and attendance at revocation and sentencing docket in the 5th District Court in New Boston, Texas on November 20, 2015.

- Preparation and attendance at the Grand Jury on December 10, 2015.

- Pre-trial meetings and trial preparation for the trial of State of Texas v. Joshua Jacobs throughout the week of December 7-11, 2015. Preparation and attendance at jury selection on December 15, 2015.

- Preparation and attendance at the pre-indictment and trial dockets in the 5th District Court on December 16, 2015.

II.

The State's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

## **PRAYER**

WHEREFORE, on the bases of Rule 73 of the Texas Rules of Appellate Procedure, the State respectfully requests this Court to grant the Motion for Extension of Time for the filing of the State's Brief.

Respectfully submitted,

Respectfully submitted,

__/s/ Lauren N. Sutton_____
LAUREN N. SUTTON
Texas Bar No. 24079421
601 Main Street
Texarkana, TX 75501
Lauren.sutton@txkusa.org
ASSISTANT DISTRICT
ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to

Extend Time for Filing State's Brief was forwarded to Mr. Clint Allen, counsel for

Appellant, on this the 16th day of December, 2015.

                                        __/s/ Lauren N. Sutton_____
                                        LAUREN N. SUTTON